RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 7/26/11
BY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

OSWIN G. OLIVER                    DOCKET NO.11-cv-581; SEC. P
Alien No. 096-314-884

VERSUS                             JUDGE DEE D. DRELL

JANET NAPOLITANO, ET AL.           MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by the plaintiff, having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the petition under 28 U.S.C. §2241 is DISMISSED WITHOUT PREJUDICE AS PREMATURE.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 26th day of July, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE